UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| v. | )  Case No.: 2:07-cr-207-WKW |
| | ) |
| **BAKEITH JACKSON** | ) |

### NOTICE OF APPEARANCE

**COMES NOW** the undersigned counsel, Tiffany B. McCord, and enters her appearance on behalf of the Defendant, Bakeith Jackson, in the above-styled case.

Dated this 26th day of October, 2007.

Respectfully submitted,

s/ Tiffany B. McCord
**TIFFANY B. MCCORD**
**AL Bar No.: ASB-3669-F69M**
P.O. Box 1803
505 S. Perry Street
Montgomery, AL 36102
Phone: (334)356-6529

## **CERTIFICATE OF SERVICE**

      I hereby certify that on October 26, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Susan Redmond, Assistant United States Attorney

Christine A. Freeman, Federal Defender


                                s/ Tiffany B. McCord
                                **TIFFANY B. MCCORD**