### IN THE UNITED STATES DISTRICT COURT FOR THE
### MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **)** | |
| | **)** | |
| **V.** | **)** | **CASE NO: 2:07-CR-207-WKW** |
| | **)** | |
| **BAKEITH JACKSON** | **)** | |

### MOTION TO WITHDRAW AS COUNSEL

**COMES NOW** the undersigned counsel, Christine A. Freeman, and requests permission to withdraw as counsel of record for the defendant, Bakeith Jackson.

In support of this motion, counsel notes that Ms. Tiffany McCord has entered her appearance as retained counsel in this matter.  (Doc. 9).

WHEREFORE, counsel requests that this motion be granted.

Respectfully submitted,

**s/Christine A. Freeman**
**CHRISTINE A. FREEMAN**
**TN BAR NO.: 11892**
Federal Defenders
Middle District of Alabama
201 Monroe Street, Suite 407
Montgomery, AL 36104
TEL:  (334) 834-2099
FAX: (334) 834-0353
E-Mail: Christine_Freeman@fd.org

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on October 26, 2007, I electronically filed the foregoing with the

Clerk of the Court using the CM/ECF system, which will send notification of such filing to

the following: Susan R. Redmond, Esq., Assistant United States Attorney.

<u>**s/Christine A. Freeman**</u>
**CHRISTINE A. FREEMAN**
**TN BAR NO.: 11892**
Federal Defenders
Middle District of Alabama
201 Monroe Street, Suite 407
Montgomery, AL 36104
TEL:  (334) 834-2099
FAX:  (334) 834-0353
E-Mail: Christine_Freeman@fd.org