IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | CASE NO: 2:07-CR-207-WKW |
| | ) | |
| BAKEITH JACKSON | ) | |

## MOTION TO WITHDRAW AS COUNSEL

**COMES NOW** the undersigned counsel, Christine A. Freeman, and requests permission to withdraw as counsel of record for the defendant, Bakeith Jackson.

In support of this motion, counsel notes that Ms. Tiffany McCord has entered her appearance as retained counsel in this matter. (Doc. 9).

WHEREFORE, counsel requests that this motion be granted.

Respectfully submitted,

s/Christine A. Freeman
CHRISTINE A. FREEMAN
TN BAR NO.: 11892
Federal Defenders
Middle District of Alabama
201 Monroe Street, Suite 407
Montgomery, AL 36104
TEL: (334) 834-2099
FAX: (334) 834-0353
E-Mail: Christine_Freeman@fd.org

**MOTION GRANTED**

THIS 30th DAY OF October, 2007

_____
UNITED STATES MAGISTRATE JUDGE