UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v.   ) | Case No.: 2:07-cr-207-WKW |
| ) | |
| **BAKEITH JACKSON** ) | |

**MOTION TO COMPEL THE PRODUCTION OF THE
IDENTITY OF THE CONFIDENTIAL INFORMANT**

COMES NOW, the Defendant, Bakeith Jackson, by and through undersigned counsel and respectfully request that the Government be compelled to produce the name, address and copies of any statements given by the confidential informant pertaining to the above referenced matter. The informant's testimony is crucial to the defense and is needed in the preparation of the case. *See Roviaro v. United States*, 353 U.S. 53, 77 S. Ct. 623 (1957).

Dated this 13th day of November, 2007.

Respectfully submitted,

s/ Tiffany B. McCord
**TIFFANY B. MCCORD**
**AL Bar No.: ASB-3669-F69M**
P.O. Box 1803
505 S. Perry Street
Montgomery, AL 36102
Phone: (334)356-6529

## CERTIFICATE OF SERVICE

I hereby certify that on the 13th day of November, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Susan Redmond, Assistant United States Attorney

                                            s/ Tiffany B. McCord
                                            **TIFFANY B. MCCORD**