IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:07cr207-WKW |
| | ) | |
| BAKEITH JACKSON | ) | |

**ORDER**

Upon consideration of defendant's motion to suppress (Doc. # 18), filed November 13, 2007, and for good cause, it is

ORDERED that a hearing to address the motion is scheduled for 9:00 a.m. on December 7, 2007.

If defendant is in custody, the United States Marshal shall produce defendant for the hearing.

DONE, this 26th day of November, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE