IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:07-cr-207-WKW |
| | ) | |
| BAKEITH JACKSON | ) | |

**UNOPPOSED MOTION TO CONTINUE**

COMES NOW the defendant, Bakeith Jackson, by and through counsel, and respectfully moves the Court to continue the evidentiary hearing in the above-captioned cause presently set for December 7, 2007. As grounds, the defendant states:

1. That undersigned counsel has two previously set court appearances for December 7, 2007. The first of which is in the Circuit Court of Elmore County and the second is in the Circuit Court of Lee County.

2. Undersigned counsel has a trial on November 10, 2007, but should be available anytime thereafter.

3. Requests for a continuance are addressed to the sound discretion of the trial court. United States v. Darby, 744 F.2d 1508, 1521 (11th Cir. 1984), reh. denied 749 F.2d 733, cert. denied 471 U.S. 1100 (1985). Courts have repeatedly recognized that a continuance in order to provide adequate preparation by counsel serves the ends of justice. United States v. Goetz, 826 F.2d 1025, 1028 (11th Cir. 1987).

WHEREFORE, based upon the above-stated grounds, the defendant respectfully requests a continuance of the evidentiary hearing set for December 7, 2007.

Respectfully submitted, this the 28th day of November, 2007.

/s/ Tiffany B. McCord
TIFFANY B. MCCORD (ASB-3669-F69M)
Law Office of Tiffany B. McCord
505 S. Perry Street
Montgomery, AL 36104
(334) 356-6529
(334) 263-4766
tmcdmc@netzero.com

2

## CERTIFICATE OF SERVICE

      I hereby certify that on November 28, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to Mr. Chris Snyder, Mr. Mike Winter, Mr. Daniel Hamm and the Federal Defender Program.

      /s/ Tiffany B. McCord
      TIFFANY B. MCCORD (ASB-3669-F69M)
      Law Office of Tiffany B. McCord
      505 S. Perry Street
      Montgomery, AL 36104
      (334) 356-6529
      (334) 263-4766
      tmcdmc@netzero.com