**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **v.** ) | **CR. NO. 2:07-CR-207-WKW** |
| ) | |
| **BAKEITH JACKSON** ) | |

### MOTION FOR LEAVE TO DISMISS INDICTMENT

Comes now the United States of America by and through its Attorney for the Middle District of Alabama, Leura G. Canary, and moves this Court for leave to dismiss the Indictment heretofore filed in the above-styled cause as to BaKeith Jackson on the following ground:

1.  In the name of justice.

The United States requests that the dismissal be construed as "with prejudice".

Respectfully submitted, this the 30th day of November, 2007.

> LEURA G. CANARY
> UNITED STATES ATTORNEY
>
> /s/ Susan R. Redmond
> SUSAN R. REDMOND
> Assistant United States Attorney
> 131 Clayton Street
> Montgomery, Alabama 36104
> Telephone: (334) 223-7280
> Fax: (334) 223-7138
> E-mail: susan.redmond@usdoj.gov

**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| **v.** | )   CR. NO. 2:07-CR-107-WKW |
| | ) |
| **BAKEITH JACKSON** | ) |

**CERTIFICATE OF SERVICE**

I hereby certify that on November 30, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Tiffany McCord.

        Respectfully submitted,

        LEURA G. CANARY
        UNITED STATES ATTORNEY


        /s/ Susan R. Redmond
        SUSAN R. REDMOND
        Assistant United States Attorney
        131 Clayton Street
        Montgomery, Alabama 36104
        Telephone: (334) 223-7280
        Fax: (334) 223-7138
        E-mail: susan.redmond@usdoj.gov