IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.    ) | Case No. 2:07-cr-0207-WKW |
| ) | |
| BAKEITH JACKSON ) | |

## **ORDER**

Upon consideration of the Government's Motion for Leave to Dismiss Indictment (Doc. # 24), and for good cause shown, it is ORDERED that the motion is GRANTED and the indictment as to Bakeith Jackson is DISMISSED with prejudice.

DONE this 4th day of December, 2007.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE